IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES STANTON SULLIVAN, JR., individually, as heir and as personal representative of Ruth S. Sullivan, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:22-cv-653-ECM-JTA (WO) |
| THE CITY OF DADEVILLE, et al., | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is Plaintiff Charles Stanton Sullivan, Jr.'s Motion to Submit Service of Process (Doc. No. 57), Motion to Submit Service of Process (Doc. No. 61), and Motion to Submit Service of Process (Doc. No. 71).

In these motions, Plaintiff explains the status of service on various Defendants, cracks in a building wall, time spent on other legal matters not related to this case, a floater in his eye, a recent fall, and other miscellaneous matters related to his many health issues and other challenging life circumstances. He indicates that those matters have affected his ability to timely serve Defendants, but also includes his contention[1] that all named Defendants have now been served. (Doc. No. 71 at 2.)

---

[1] Defendant Chance Hunt's Motion to Quash Service of Process (Doc. No. 80) will be addressed in a separate order.

Plaintiff requests that the court "will record these Complaint service documents." (Docs. No. 56 at 2, *see also* Doc. No. 61 at 2; Doc. No. 71 at 4.) As the motions were "recorded" when they were filed, and as Plaintiff seeks no other specific relief in them, the motions are due to be denied as moot. *See* Fed. R. Civ. P. 5(d)(2)(A) ("A paper not filed electronically is filed by delivering it ... to the clerk."); Fed. R. Civ. P. 7(b)(1)(c) (stating that a motion "must ... state the relief sought"); *see also* Fed. R. Civ. P. 79(a) ("The following items must be marked with the file number and entered chronologically in the docket ... papers filed with the clerk" and "proofs of service or other returns showing execution"). Accordingly, it is ORDERED as follows:

1. Plaintiff's Motion to Submit Service of Process (Doc. No. 57) is DENIED as moot.

2. Plaintiff's Motion to Submit Service of Process (Doc. No. 61) is DENIED as moot.

3. Plaintiff's Motion to Submit Service of Process (Doc. No. 71) is DENIED as moot.

DONE this 11th day of June, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE