IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHARLES STANTON SULLIVAN, JR.,  )
individually, as heir and as personal  )
representative of Ruth S. Sullivan,  )
deceased,  )
  )
     Plaintiff,  )
  )
v.  )  CASE NO. 3:22-cv-653-ECM-JTA
  )  (WO)
  )
THE CITY OF DADEVILLE, et al.,  )
  )
     Defendants.  )

## **ORDER**

Before the court is Plaintiff Charles Stanton Sullivan, Jr.'s Motion to Explain Health

Problems. (Doc. No. 60.)

In the motion, Plaintiff updates the court on his health problems related to a stroke.

The court is already familiar with Plaintiff's health-related issues[1] and has read Plaintiff's

update as presented in the motion. However, because the motion seeks no specific relief

from the court, as a practical matter, the court can take no action on the motion. *See* Fed.

---

[1] In *Sullivan v. Prattville Health and Rehab., LLC*, No. 3:22-CV-702-RAH-JTA, 2024 WL 2755683 (M.D. Ala. May 29, 2024), the court considered Plaintiff's recent updates as to health and other difficulties and advised him as follows:

> The court is not insensitive to the many difficulties Plaintiff continues to face. However, the court must also consider its obligation to manage its own affairs to achieve the orderly disposition of this action, the equities to Plaintiff and to the multiple defendants and their counsel, and how further continuances will affect the needs of the public and the other litigants in this court, particularly in this time of judicial emergency.

R. Civ. P. 7(b)(1)(c) (stating that a motion "must ... state the relief sought"). Accordingly, it is

      ORDERED that Plaintiff's Motion to Explain Health Problems (Doc. No. 60) is DENIED.

      DONE this 11th day of June, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE