IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES STANTON SULLIVAN, JR., individually, as heir and as personal representative of Ruth S. Sullivan, deceased,<br><br>   Plaintiff,<br><br>v.<br><br>THE CITY OF DADEVILLE, et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 3:22-cv-653-ECM-JTA<br>) (WO)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Before the court is Plaintiff Charles Stanton Sullivan, Jr.'s Motion to Deny Strike and Motion to Deny Reply Both of Defendants. (Doc. No. 87 (sic).)

In this filing, Plaintiff addresses arguments raised by Defendants Mayor Frank Goodman, Brownie Caldwell, Teneeshia Goodman-Johnson, Tony Wolfe, Darryl Heard, Jonathan Floyd, and Terry Greer in their Motion to Strike Brief, or in the Alternative, Reply to Plaintiff's Motion to Deny. (Doc. No. 86.) Plaintiff seeks no relief other than the denial of Defendants' motion. *See* Fed. R. Civ. P. 7(b)(1)(c) (stating that a motion "must ... state the relief sought"). In that sense, the court will consider the filing to the extent that it functions as a response to Defendants' Motion to Strike.[1] However, as a practical matter, the court can take no specific action on Plaintiff's filing. Accordingly, it is

---

[1] The court will not consider Plaintiff's filing as a surreply brief regarding the dispositive motions (Docs. No. 65, 68) filed by Defendants Mayor Frank Goodman, Brownie Caldwell, Teneeshia

ORDERED that Plaintiff's Motion to Deny Strike (Doc. No. 87) is DENIED as superfluous and Plaintiff's Motion to Deny Reply Both of Defendants (Doc. No. 87) is DENIED as superfluous.

Further, the court CONSTRUES Plaintiff's Motion to Deny Strike and Motion to Deny Reply Both of Defendants (Doc. No. 87) as a brief in reply to the Motion to Strike (Doc. No. 86) filed by Defendants Mayor Frank Goodman, Brownie Caldwell, Teneeshia Goodman-Johnson, Tony Wolfe, Darryl Heard, Jonathan Floyd, and Terry Greer.

DONE this 11th day of June, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

---

Goodman-Johnson, Tony Wolfe, Darryl Heard, Jonathan Floyd, and Terry Greer. Plaintiff did not obtain leave to file a surreply brief. (*See* Doc. No. 70 (briefing order).)