IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES STANTON SULLIVAN, JR., individually, as heir and as personal representative of Ruth S. Sullivan, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF DADEVILLE, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 3:22-cv-653-ECM-JTA<br>) (WO)<br>)<br>)<br>)<br>)<br>) |

## **RECOMMENDATION OF THE MAGISTRATE JUDGE**

Before the court is Plaintiff Charles Stanton Sullivan, Jr.'s Motion to Dismiss Defendant Ann Marie Jones. (Doc. No. 56.) Plaintiff explains that, based on his investigation, Defendant Jones is not responsible for any of the acts or omissions that form the basis of his claims in this case. No party has opposed the motion.

Accordingly, it is the RECOMMENDATION OF THE MAGISTRATE JUDGE that

1. Plaintiff's motion to dismiss Defendant Ann Marie Jones (Doc. No. 56) be GRANTED.

2. Plaintiff's claims against Defendant Anne Marie Jones be DISMISSED with prejudice.

3. Defendant Anne Marie Jones be DISMISSED from this action.

Further, it is ORDERED that the parties shall file any objections to this Recommendation on or before **June 26, 2024**. A party must specifically identify the factual findings and legal conclusions in the Recommendation to which objection is made; frivolous, conclusive, or general objections will not be considered. Plaintiff is advised that this Recommendation is not a final order of the Court; therefore, it is not appealable.

Failure to file written objections to the Magistrate Judge's findings and recommendations in accordance with the provisions of 28 U.S.C. § 636(b)(1) shall bar a party from a *de novo* determination by the District Court of legal and factual issues covered in the Recommendation and waives the right of the party to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); 11TH CIR. R. 3-1; *see Stein v. Lanning Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); *see also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981).

DONE this 11th day of June, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE