IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES STANTON SULLIVAN, JR., individually, as heir and as personal representative of Ruth S. Sullivan, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL CASE NO. 3:22-cv-653-ECM ) |
| THE CITY OF DADEVILLE, *et al.*, | ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On June 11, 2024, the Magistrate Judge entered a Recommendation (doc. 96) to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 96) is ADOPTED;

2. The Plaintiff's motion to dismiss Defendant Anne Marie Jones (doc. 56) is GRANTED;

3. The Plaintiff's claims against Defendant Anne Marie Jones are DISMISSED with prejudice, and she is DISMISSED from this action;

4. This case is REFERRED back to the Magistrate Judge for further proceedings consistent with this Memorandum Opinion and Order.

DONE this 27th day of June, 2024.

                              /s/ Emily C. Marks  
                        EMILY C. MARKS  
                        CHIEF UNITED STATES DISTRICT JUDGE