IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES STANTON SULLIVAN, JR., individually, as heir and as personal representative of Ruth S. Sullivan, deceased, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF DADEVILLE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) CASE NO. 3:22-cv-653-ECM-JTA ) (WO) ) ) ) ) ) |

## **ORDER**

Before the court is *pro se* Plaintiff Charles Stanton Sullivan, Jr.'s July 22, 2024 Motion to Object to Denials of Plaintiff's Complaints. (Doc. No. 101.) The court CONSTRUES the document (1) as a motion for leave to file an untimely[1] objection to the July 3, 2024 Order and Recommendation of the Magistrate Judge and (2) as an untimely objection to the July 3, 2024 Order and Recommendation of the Magistrate Judge.

Upon consideration of the motion (Doc. No. 101), it is ORDERED that the motion is GRANTED to the extent that Plaintiff is granted leave to file the objections that are contained in the motion.

---

[1] Objections to the July 3, 2024 Order and Recommendation of the Magistrate Judge were due on or before July 18, 2024. (Doc. No. 99 at 46.) It appears that Plaintiff mailed the instant motion on July 18, 2024 as the postal stamp for the filed envelope is dated July 18, 2024, and the Certificate of Service for the motion at issue is purportedly dated July 18, 2024. (Doc. No. 101 at 22, 23.)

The Clerk of the Court is DIRECTED to amend the docket sheet to reflect that Plaintiff's July 22, 2024 Motion to Object to Denials of Plaintiff's Complaints (Doc. No. 101) contains Plaintiff's objection to the July 3, 2024 Order and Recommendation (Doc. No. 99.)

**Plaintiff is ADVISED that no more extensions of time will be granted for objections to the July 3, 2024 Order and Recommendation of the Magistrate Judge (Doc. No. 99), and no further objections may be filed**. This applies regardless of how Plaintiff titles any filing seeking to oppose the July 3, 2024 Order and Recommendation of the Magistrate Judge.

**Plaintiff is further ADVISED that the undersigned will summarily deny any further motions for relief from the July 3, 2024 Order and Recommendation of the Magistrate Judge. (Doc. No. 99.)** This applies regardless of how Plaintiff titles the motion for relief.

DONE this 24th day of July, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE